1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America
6

**FILED**

JUL 29 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

7             IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

| 10 | IN THE MATTER OF THE SEARCH OF: | CASE NO. 5:15-SW-00044-JLT |
|---|---|---|
| 11 | | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
| 12 | The undeveloped area of Sequoia National Forest, Tulare County, with the approximate GPS coordinates of N 35 58.174 W 118 23.302 and any satellite sites. | |

15      The United States of America having applied to this Court for an order permitting its agents to
16  destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant
17  to duly authorized search warrants, and good cause appearing therefor,
18      IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in
19  the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after
20  they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped,
21  and after a representative sample consisting of no more than three kilograms and a sample aggregate portion
22  of the whole amount is retained for chemical testing.

24      Dated: July 29 2015

                                              _____
                                              JENNIFER L. THURSTON
                                              U.S. Magistrate Judge

Destruction and Sealing Order                    1